**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:  In re Reynaldo Morales

Appellate case number:  01-17-00474-CV

Trial court case number:  2013-54065

Trial court:  165th District Court of Harris County

      Relator, Reynaldo Morales, has filed a motion requesting rehearing of the Texas Supreme Court's denial of petition for writ of mandamus. The Texas Supreme Court subsequently denied a similar motion for rehearing filed by relator. Because we lack jurisdiction to review decisions by the Texas Supreme Court, the motion for rehearing filed with our court is dismissed.

      It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                      Acting individually


Date: February 22, 2018